IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:21-MJ 307 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| PINGSHIANG LIANG | ) | Court Date: September 13, 2021 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class B Misdemeanor- 6677070)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 26, 2021, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, PINGSHIANG LIANG, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: Trying to get on base after having been denied access multiple times previously.

(Violation of Title 18, United States Code, Section 1382)

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

Colin P. Norton
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this _3_ day of September 2021 to the defendant's home of record.

By: _____
Colin P. Norton
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
colin.norton@usdoj.gov